UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE TOMAS ORCASITAS, JR., CDCR #J-36909,<br><br>                       Plaintiff,<br>v.<br><br>DOCTOR KO, M.D.,<br><br>                       Defendant. | Case No.: 21cv143-MMA(RBB)<br><br>**ORDER DIRECTING CLERK OF COURT TO (1) UPDATE PLAINTIFF'S ADDRESS AND (2) RESEND NOTICE AND ORDER FOR CASE MANAGEMENT CONFERENCE** |

      On November 9, 2021, the Court issued a Notice and Order for Case Management Conference [ECF No. 14]. The Order was mailed to Plaintiff's address of record at Centinela State Prison and emailed to Defendant's counsel. (Notice Elec. Filing, ECF No. 14.) On November 19, 2021, a copy of the Order addressed to "Los Angeles County" was returned to the Court [ECF No. 15].

      Upon review of Plaintiff's recent filings, including a Response filed on November 4, 2021 [ECF No. 13] and his letter to the Court filed on December 2, 2021 [ECF No. 17], it is apparent that Plaintiff has been transferred to California State Prison - Los Angeles County and is no longer housed at Centinela State Prison. Accordingly, the Court **DIRECTS** the Clerk of Court to update Plaintiff's address of record as follows:

///

1  Joe Tomas Orcasitas, Jr.
2  CDCR #J-36909
   California State Prison - Los Angeles County
3  P.O. Box 4490
4  Lancaster, CA 93539-4490

5      The Court further **DIRECTS** the Clerk of Court to resend the Notice and Order for
6  Case Management Conference dated November 9, 2021, to Plaintiff at his correct
7  address.
8      **IT IS SO ORDERED**.

10  Dated:  December 3, 2021

11                           Hon. Ruben B. Brooks
12                           United States Magistrate Judge