# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ORCASITAS v. KO                 Case No.: 21cv143-MMA(RBB)

Time Spent:

HON. RUBEN B. BROOKS              Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| Joe Tomas Orcasitas | Craig S. Menchin |
|  | Jay M. Goldman |

PROCEEDINGS: ☐ In Chambers ☐ In Court ☐ Telephonic

A Case Management Conference was held by Zoom videoconference.

A settlement conference is set for **June 28, 2022, at 8:30 a.m.** and will be held by Zoom videoconference using the same meeting information used for the January 12, 2022 Case Management Conference. All parties, counsel, and client representatives shall participate in the conference. Counsel for Defendant shall be responsible for making all arrangements in advance for Plaintiff to appear for the conference.

Updated settlement conferences briefs shall be submitted on or before June 21, 2022. Plaintiff's brief may be mailed to the court. Defendant's brief should be submitted by email to **efile_brooks@casd.uscourts.gov**. The parties may exchange their briefs or submit them confidentially.

DATE: January 12, 2022          IT IS SO ORDERED: *Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Anello
    All Parties of Record