IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE TOMAS ORCASITAS, JR.**, <br><br>　　　　　　　　　　Plaintiff, <br><br>　v. <br><br>**DOCTOR KO, et al.**, <br><br>　　　　　　　　　　Defendants. | Case No. 3:21-cv-00143-MMA-RBB <br><br> **ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO TAKE DEPOSITION OF PLAINTIFF JOE TOMAS ORCASITAS (J-36909), AN INCARCERATED PERSON** <br> **[ECF NO. 36]** |

　　The Court received Defendant's ex parte application to take the deposition of Plaintiff Joe Tomas Orcasitas (J-36909), an incarcerated person [ECF No. 36]. For good cause shown, the application is **GRANTED**. Defendant may depose Plaintiff Joe Tomas Orcasitas (J-36909). Defendant may take the deposition by remote means, and the court reporter may be at a remote location and not personally present with the deponent.

　　**IT IS SO ORDERED**.

Dated: May 17, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Ruben B. Brooks
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge