## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ORCASITAS v. KO

Case No.:  21cv143-MMA(RBB)

Time Spent: 

HON. RUBEN B. BROOKS

Rptr. 

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| Joe Tomas Orcasitas | Craig S. Menchin |

PROCEEDINGS:        ☐ In Chambers              ☐ In Court              ☐ Telephonic

A Settlement Conference was held by Zoom videoconference.

A further settlement conference is set for **November 9, 2022, at 8:30 a.m.** by Zoom videoconference using the same meeting information previously used in this case.  All parties, counsel, and client representatives shall participate in the conference.  Counsel for Defendant shall be responsible for making all arrangements in advance for Plaintiff to appear for the conference.

Updated settlement conferences briefs shall be submitted on or before November 2, 2022.  Plaintiff's brief may be mailed to the court.  Defendant's brief should be submitted by email to **efile_brooks@casd.uscourts.gov**. The parties may exchange their briefs or submit them confidentially.

DATE: June 28, 2022

IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Anello
    All Parties of Record