## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ORCASITAS v. KO                                    Case No.: 21cv143-MMA(RBB)

                                                   Time Spent:

HON. RUBEN B. BROOKS                                         Rptr.

### Attorneys

Plaintiffs                                          Defendants

_____          _____

_____          _____

_____          _____


PROCEEDINGS:        ☐ In Chambers              ☐ In Court              ☐ Telephonic


On October 19, 2022, Defendant filed an Ex Parte Application to Vacate Upcoming Settlement Conference Until After the Court Rules on the Defendant's Motion for Summary Judgment [ECF No. 54]. Plaintiff has not filed an opposition. Upon good cause shown, Defendant's application is GRANTED IN PART. Instead of fully vacating the settlement conference, the Court will reschedule it for a future date. Accordingly, the settlement conference set for November 9, 2022, at 8:30 a.m. is underlined vacated and rescheduled for **February 8, 2023, at 8:30 a.m.**

The conference will be held by Zoom videoconference using the same meeting information previously used in this case. All parties, counsel, and client representatives shall participate in the conference. Counsel for Defendant shall be responsible for making all arrangements in advance for Plaintiff to appear for the conference. Updated settlement conferences briefs shall be submitted on or before February 1, 2023. Plaintiff's brief may be mailed to the court. Defendant's brief should be submitted by email to efile_brooks@casd.uscourts.gov. The parties may exchange their briefs or submit them confidentially.


DATE: October 28, 2022          IT IS SO ORDERED:   _Ruben Brooks_____

                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge