

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joe Tomas Orcasitas, Jr.

                                   **Plaintiff,**

              V.

Doctor Ko, M.D., C.S.P./Centinela-Medical

                                   **Defendant.**

Civil Action No. 21cv00143-MMA-RBB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion for summary judgment. Consequently, the Court denies Plaintiff's motion for appointment of counsel. Judgment is entered in Defendant's favor. The case is closed.

Date:     12/7/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Episcopo

A. Episcopo, Deputy